UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **STEPHEN SAMPLES,** on behalf of himself and all others similarly situated, | ) ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil Action No. 3:11-0384 ) ) |
| **ACCRETIVE HEALTH, INC., d/b/a MEDICAL FINANCIAL SOLUTIONS; GREG KAZARIANARIAN,** individually; **MARY TOLAN**, individually; | ) ) ) ) ) ) |
| Defendant. | |

## NOTICE OF SETTLEMENT

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the District Court of Tennessee, Plaintiff's Notice of Settlement with all claims pending having been settled. Plaintiff hereby respectfully requests that this Court allow sixty (60) days within which to complete the settlement and to file a Dismissal in this matter. This Court shall retain jurisdiction over this matter until fully resolved.

Respectfully submitted this 30th day of June, 2011

By: Paul K. Guibao
Paul K. Guibao
Attorney for Plaintiff
Weisberg & Meyers, LLC

          1448 Madison Avenue
          Memphis, TN 38104
          Telephone: (602) 445 9819
          Facsimile: (866) 565 1327
          Email:
          PGuibao@AttorneysForConsumers.com

Notice Filed electronically on this 30th day of June, 2011, with:

United States District Court CM/ECF system


s/Jessica DeCandia
Jessica DeCandia