IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| STEPHEN SAMPLES | ) |
| | ) |
| v. | ) NO. 3-11-0384 |
| | ) JUDGE CAMPBELL |
| ACCRETIVE HEALTH, INC., et al. | ) |

ORDER

Plaintiff has notified the Court that all claims in this matter have been resolved. Accordingly, the parties shall submit to the Court, on or before August 30, 2011, an Agreed Order of Dismissal.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE