UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **STEPHEN SAMPLES,** on behalf of himself and all others similarly situated, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| **ACCRETIVE HEALTH, INC., d/b/a MEDICAL FINANCIAL SOLUTIONS; GREG KAZARIANARIAN,** individually; **MARY TOLAN**, individually; | ) ) ) ) ) |
| Defendant. | ) |

Civil Action No. 3:11-0384

## NOTICE OF DISMISSAL PURSUANT TO SETTLEMENT

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the District Court of Tennessee, Plaintiff's Notice of Voluntary Dismissal of Case With Prejudice, a copy of which is herewith served upon Defendant.

Respectfully submitted this 4th day of August, 2011

By: /s/Craig Ehrlich
Craig Ehrlich
Attorney for Plaintiff
Weisberg & Meyers, LLC
1448 Madison Avenue
Memphis, TN 38104
Telephone: (602) 445 9819
Facsimile: (866) 565 1327
Email: CEhrlich@AttorneysForConsumers.com

Notice Filed electronically on this 4th day of August, 2011, with:

United States District Court CM/ECF system

s/Jessica DeCandia
Jessica DeCandia