UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| **STEPHEN SAMPLES,** | ) |
| | ) Case No. 3:11cv0384 |
| v. | ) JUDGE CAMPBELL |
| | ) |
| **ACCRETIVE HEALTH, INC., et al.** | ) |

ENTRY OF JUDGMENT

Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on August 4, 2011.

KEITH THROCKMORTON, CLERK
s/Dalaina Thompson, Deputy Clerk